# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 173.31.27.254 | Mediacom Communications | 2011-04-01 02:12:15 PM |
| 173.87.31.74 | Frontier Communications of America | 2011-04-21 12:34:27 AM |
| 184.10.255.108 | Frontier Communications of America | 2011-04-02 01:08:45 AM |
| 24.118.77.37 | Comcast Cable Communications | 2011-04-17 07:04:44 PM |
| 24.131.130.69 | Comcast Cable Communications | 2011-04-16 05:52:59 PM |
| 24.236.60.238 | US Cable of Paramus-Hillsdale | 2011-04-08 12:19:58 PM |
| 64.83.237.232 | Charter Communications | 2011-04-07 01:46:26 PM |
| 66.41.149.58 | Comcast Cable Communications | 2011-04-09 07:36:18 AM |
| 66.41.180.13 | Comcast Cable Communications | 2011-04-09 10:49:51 PM |
| 66.41.181.86 | Comcast Cable Communications | 2011-04-08 07:31:16 PM |
| 66.41.192.40 | Comcast Cable Communications | 2011-04-24 01:25:08 AM |
| 66.41.208.14 | Comcast Cable Communications | 2011-04-09 06:15:14 AM |
| 68.191.150.60 | Charter Communications | 2011-04-14 10:27:28 PM |
| 69.180.190.58 | Comcast Cable Communications | 2011-04-01 09:08:23 PM |
| 71.10.106.30 | Charter Communications | 2011-04-10 10:29:33 PM |
| 71.210.153.247 | Qwest Communications Company | 2011-05-30 03:00:06 AM |
| 71.37.224.64 | Qwest Communications Company | 2011-04-08 11:25:56 PM |
| 71.87.108.127 | Charter Communications | 2011-05-06 03:15:25 PM |
| 75.168.253.31 | Qwest Communications Company | 2011-05-03 03:06:46 AM |
| 75.72.148.229 | Comcast Cable Communications | 2011-04-01 11:54:43 PM |
| 75.72.255.137 | Comcast Cable Communications | 2011-04-09 05:44:06 AM |
| 75.72.3.86 | Comcast Cable Communications | 2011-04-19 04:19:13 AM |
| 75.72.31.179 | Comcast Cable Communications | 2011-04-09 06:32:45 AM |
| 76.17.223.148 | Comcast Cable Communications | 2011-05-15 05:07:19 PM |
| 96.3.44.118 | Midcontinent Media | 2011-06-14 07:54:12 PM |
| 96.42.95.49 | Charter Communications | 2011-03-31 11:51:33 PM |
| 98.240.224.232 | Comcast Cable Communications | 2011-04-06 04:22:18 PM |
| 98.240.234.17 | Comcast Cable Communications | 2011-04-06 05:15:57 AM |
| 98.240.237.145 | Comcast Cable Communications | 2011-04-12 06:50:04 PM |