# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| AF Holdings LLC | **NOTICE OF APPEARANCE** |
| Plaintiff | Case No:     0:11-cv-01794 (JRT-JSM) |
| v. | |
| DOES 1-29 | |
| Defendants | |

The undersigned attorneys hereby notify the Court and counsel that John Borger and Leita Walker shall appear as counsel of record for Defendant Doe No. 7 in this case.

Dated: September 8, 2011

*s/Leita Walker*
John P. Borger #9878
Leita Walker #387095
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel: (612) 766-6000
Fax: (612) 766-1600
jborger@faegre.com
lwalker@faegre.com