

LEITA WALKER
lwalker@faegre.com
612-766-8347

September 6, 2011

The Honorable Janie S. Mayeron                    **BY MESSENGER**
United States District Court
632 Federal Building
316 N. Robert Street
St. Paul, MN 55101

     Re:   *AF Holdings LLC v. Does 1-29,*
          Court File No. 11-cv-1794
          Charter Case No. 11-3148
          Charter Customer ID No. 01

Dear Magistrate Judge Mayeron:

     This firm represents Doe No. 7, whose personal information is subject to disclosure in the above-referenced lawsuit pursuant to an Order filed by this Court on July 28, 2011, and a subpoena that Plaintiff issued to Charter Communications, Inc., that same day. Please accept this letter as our client's formal objection to Charter's release of his/her personal information, including his/her name, address, telephone number, and e-mail address.

     Doe No. 7, a Charter customer, is an international student at a U.S. university with limited understanding of U.S. copyright laws. That said, he/she categorically denies downloading the work that is the subject of the above-referenced lawsuit or otherwise infringing the copyright in that work.

     During the relevant time period, Doe No. 7 did live in an apartment, and various individuals had access to his/her computer. It is possible that one of these individuals downloaded the work at issue using our client's computer, but if so, that individual engaged in this activity without our client's knowledge or permission. Equally likely is the possibility that an individual unknown to our client downloaded the work at issue to his/her own computer using our client's wireless Internet connection.

     Given the subject matter of the work at issue in this lawsuit, the risk of public embarrassment to Doe No. 7 is significant should his/her personal information be disclosed in connection therewith. Therefore, Doe No. 7 not only objects to disclosure of his/her information pursuant to the Plaintiff's subpoena but also wishes to remain anonymous in connection with this letter. However, Plaintiff and Charter may track this objection using the following IP address,

September 6, 2011
Page 2

which Charter associated with our client's account: 64.83.237.232. By copy of this letter, Plaintiff and Charter are being served with same.

Sincerely,

FAEGRE & BENSON LLP

*Leita Walker*

Leita Walker

cc:  Legal—File-Sharing Team                                    **BY FACSIMILE**
     Charter Communications, Inc.
     12405 Powerscourt Drive
     St. Louis, MO 63131

     John Steele                                          **BY E-MAIL AND U.S.**
     Steele Hansmeier, PLLC                                              **MAIL**
     1111 Lincoln Rd, Suite 400
     Miami Beach, FL 33139

Enclosure (as to Charter Communications, Inc. only)

fb.us.7255332.01