IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 0:11-cv-01794-JRT-JSM |
| Plaintiff | Judge: Hon. John R. Tunheim |
| v. | Magistrate Judge: Hon. Janie S. Mayeron |
| DOES 1 – 29, | |
| Defendants | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE**

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action in its entirety without prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendants remaining in this case have neither filed an answer to Plaintiff's complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF HOLDINGS LLC

DATED: November 14, 2011

By:      /s/ Paul Hansmeier
Paul Hansmeier (Bar No. 0387795)
Steele Hansmeier PLLC
161 N. Clark Street, Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Fax:  (312) 893-5677
E-maill: prhansmeier@wefightpiracy.com
*Attorney for Plaintiff*

- 2 -

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on November 14, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                            /s/ Paul Hansmeier
                                            PAUL HANSMEIER